People of the State of Illinois, Plaintiff-Appellee, v. Burton Stanford (Impleaded), Defendant-Appellant.

Gen. No. 53,646.

First District, Second Division.

May 19, 1970.

Thomas M. Clarke, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Joseph J. Urso, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.